IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:17-CR-226-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BARRY JEROME PHOENIX, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court February 20, 2018, with regard to Defendant's liberty

status pending sentencing. At Defendant's arraignment, following his plea of guilty, pursuant to

a plea agreement, to an offense arising under 18 U.S.C. §§ 1344 and 2, the parties addressed the

issue of detention pursuant to the provisions of 18 U.S.C. § 3143(a). After considering the

parties' respective positions and the pretrial services report, the court finds based on the

following principal reasons that Defendant has failed to show by clear and convincing evidence

that he is not likely to flee or pose a danger to the safety of any other person or the community:

the nature of the offense and the strength of the government's case, (2) Defendant's criminal

history, including committing prior offenses while on probation, (3) the serious nature of pending

state charges alleged to have been committed during the pendency of the instant case.

Accordingly, Defendant is COMMITTED to the custody of the Attorney General for

confinement in a corrections facility separate, to the extent practicable, from persons awaiting or

serving sentences or being held in custody pending appeal. Defendant shall be afforded

reasonable opportunity for private consultation with counsel. On order of a court of the United

States or on request of an attorney for the government, Defendant shall be delivered to a United

Stats marshal for the purpose of an appearance in connection with a court proceeding.

So ordered, the 21st day of February 2018.

Robert B. Jones, Jr.
United States Magistrate Judge